(Name)

(Address) .

(City, State, Zip)

(CDC Inmate No.)

```
2254 ____  1983 X
FILING FEE PAID
Yes ____   No X
IFP MOTION FILED
Yes X    No ____
COPIES SENT TO
Court X   ProSe ____
```

**FILED**

DEC 2 8 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

Dwayne Gilliland, director of Beneficial care Collective
Keith Thomas

Plaintiff,

v.

U.S. Drug Enforcement Agency (DEA)
County of San Diego
City of San Diego
Cali. dept of correction and rehabilitation
San Diego County jail, Sheriff William Gore

(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. **'09 CV 2916 - W CAB**

(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983 And
the U.S. 14th amendment
And the U.S. 5th amendment

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, B.CC and Keith Thomas , who presently resides at

(print Plaintiff's name)

San Diego, Downtow

(mailing address or place of confinement)

, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at

City of San Diego, County Jail of San Diego on (dates) March, 9, 2009, and

(institution/place where violation occurred)     (Count 1)    (Count 2)    (Count 3)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **U.S. DEA (Drug enforcement agency)** resides in **Washington D.C.**,
(name)                                                                                        (County of residence)
and is employed as a **Director, John Doe**. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **The legal duty of the Drug enforcement agency**

Defendant **County of San Diego / Board of Supervisor** resides in **California, County of San Diego**,
(name)                                                                                        (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **The legal duty of the Board of Supervisor**

Defendant **City of San Diego / Leo Wilson, Chairman of Community Planner Commission** resides in **California, City of San Diego**,
(name)                                                                                        (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **The legal duty of the city commission**

Defendant **California Department of correction and rehabilitation / Director** resides in _____,
(name)                                                                                        (County of residence)
and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **The legal duty of the Director**

Defendant, San Diego County Jail, sheriff, William Gore, employed as the sheriff, defendant is sued in his official capacity, by the under the color of law of legal duty of the County of San Diego

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: 14th Amendment of the U.S. 42 U.S.C 1983. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

The Plaintiffs herein alleged that the defendant U.S. Drug enforcement agency, intervene in the Plaintiff's entitle right to possess marijuana under state law of the Compassionate Use Act of 1996. The federal law, has no exception to the use possession of marijuana, However the U.S. Constitution of the 14th amendment and the U.S. 5th amendment of the constitution guarantee the legal right for the Plaintiffs of life and Liberty for the purpose of a pursuant to happiness.

By this the Defendant the Drug enforcement agency will in the future, confiscate, arrest and confine, employee and marijuana passes by the B.C.C. (Beneficial cane collective, in violation of the U.S. 5th and 14th, Life and Liberty constitution Amendment and the State Law of California, under the Compassionate Use act of 1996.

The Plaintiffs herein alleged that the defendant, California department of correction and rehabilitation, prevent the Plaintiff to possession marijuana in the Plaintiff's cell, under the Compassionate use act of 1996.

The Plaintiffs herein alleged that the defendant the sheriff william Gore San Diego county jail, prevent the Plaintiff to possession marijuana in the Plaintiff's cell, under the compassionate use act of 1996

<u>Memorandum</u>

<u>Argument</u>

The Federal Law do not prevail over the U.S. constitution of the 5th and 14th amendment.

1  The 5th amendment of the U.S. constitution, of life and liberty, set forth
2  that the citizens of America has the opportunity of the pursuant of happiness
3  and occupation. The Federal Law enacted by the U.S. congress impeaches
4  on the guarantee constitution of the 5th amendment of life and liberty,
5  investing the defendant, "the Drug enforcement agency" the right to confiscate the
6  Plaintiffs. marijuana, and arrest the Plaintiffs, forfeit the Plaintiffs
7  property, when the Constitution of the U.S. 5th amendment guarantee the
8  right of life and liberty.
9     The defendant "The Drug enforcement agency", legal duties is violating
10 the Plaintiffs entitle right guarantee under the U.S. constitution of the 5th
11 amendment of life and liberty,

Cause of Action

13 The Federal Law, violate the Plaintiffs U.S. 5th amendment of the
14 Constitution of life and liberty

2
Argument

16 The U.S. 14th amendment of the constitution protect the right of a
17 citizen, when the state violate a citizen's state right.
18
19    In this regard, the defendants "The California department of correction
20 and rehabilitation, County of San Diego Jail, has prevented the Plaintiff to
21 possess marijuana in the cell, when the Compassionate use act of 1996, authorize
22 authorize the Plaintiff to possess marijuana in the cell, when medically
23 authorize by Health staff and warden and sheriff staff for the possession of
24 marijuana

Cause of Action

26 State Law and action violate the Plaintiffs U.S. 14th amendment of
27 the constitution.
28

**Count 2:** The following civil right has been violated: _____

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

**Count 3:** The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:**   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____ None _____

Defendants: _____ None _____

(b) Name of the court and docket number: _____
_____ None _____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____ None _____.

(d) Issues raised:
_____ None _____
_____
_____
_____

(e) Approximate date case was filed: __None_____.

(f) Approximate date of disposition: __None_____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ■ Yes ■ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

Booth V. Churnel (2001) 531 U.S. 956; Porter V. Nussle (2002) 534 U.S. 516 [122 S.Ct. 983; 152 L.Ed.2d 12; McKinney V. Carey (9th Cir. 2002) 311 F.3d 1198; involving the request relief of an injunction relief; involving the City of San Drego, County of San Drego; The california depantment of connections and rehabilitation; The Drug enforcement agency of U.S, it's pending involving appeal involving the defendants

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): To end B.CC (Beneficial) care collective, Confiscate marijuana, dispensary tools: C/ injunction order, CDCR to allow marijuana in Plaintiff's cell, and San Diego county Sheriff jail

2. Damages in the sum of $

3. Punitive damages in the sum of $

4. Other: Defendants to complete appeal process by injunction order and review matter of the case

F. **Demand for Jury Trial** And expect to prove at trial the violation of the Plaintiff right of the U.S. 5th Amendment

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Date

_____
Signature of Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
DEC 28 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                  DEPUTY

**I (a) PLAINTIFFS**

Keith Thomas

**DEFENDANTS**

U.S. Drug Enforcement Agency (DEA) et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

2254____ 1983 X
FILING FEE PAID
Yes ____ No X
IFP MOTION FILED
Yes X  No ____
COPIES SENT TO
Court X  ProSe

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Keith Thomas
1173 Front St.
San Diego, CA 92101
8166801

**ATTORNEYS (IF KNOWN)**

'09 CV 2916    W    CAB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT** (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____ Docket Number _____

DATE  12/28/09                         SIGNATURE OF ATTORNEY OF RECORD